UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Doe,

Plaintiff,

-against-

Daniel F. Martuscello, III, *as Commissioner of the New York State Department of Corrections and Community Supervision*,

Defendant.

26-CV-6508 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The court has received the John Doe plaintiff's letter requesting an order authorizing disclosure of Plaintiff's identity only to officials of the New York State Department of Corrections and Community Supervision ("DOCCS") and the New York State Office of Mental Health ("OMH") for the sole purpose of allowing the Office of the New York State Attorney General ("OAG") to investigate his complaint, citing concerns about retaliation from other incarcerated individuals and DOCCS employees. Exhibit B indicates that counsel for the defendant feels such limited disclosure would "hamstring" his ability to engage in zealous representation. The defendant is ordered to file a letter by September 25, 2026, explaining why the plaintiff's proposed limited disclosure should not be authorized.

SO ORDERED.

Dated: September 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge