UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Doe,

Plaintiff,

-against-

Daniel F. Martuscello, III, *as Commissioner of the New York State Department of Corrections and Community Supervision*

Defendant.

26-CV-6508 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The OAG's letter expressed their concern that plaintiff's proposed limited disclosure of his identity would inhibit their ability to mount a defense because they may need to seek records from outside DOCCS and OMH and speak with DOCCS personnel with first-hand knowledge of plaintiff's experience at Sing Sing. The plaintiff has expressed fear that unnecessary disclosures of his identity could lead to retaliation by DOCCS employees and other incarcerated individuals.

Plaintiff should disclose his identity to the OAG so that they may investigate his complaint, and the OAG is to use that information for the sole purpose of their investigation and administration of this case.

SO ORDERED.

Dated: September 26, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge